THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HANLEY, Appellant.

Submitted May 17, 2004; decided June 24, 2004

Motion for assignment of counsel denied without prejudice to renewal of the motion upon submissions by the appellant showing assets or income available to him.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v T.J. CHARLES HARDY, Appellant.

Submitted June 14, 2004; decided June 24, 2004

Motion for assignment of counsel granted and Robert C. Mitchell, Esq., Legal Aid Society of Suffolk County, Inc., Arthur M. Cromarty Court Complex, 300 Center Drive, P.O. Box 1697, Riverhead, NY 11901-0960 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SHULMAN, Appellant.

Submitted June 21, 2004; decided June 24, 2004

Motion by Association of the Bar of the City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.